# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                      CASE NO.  3:03cr93-02/RV/MD

DOROTHY CARTWRIGHT

## REFERRAL AND ORDER

Referred to Judge Vinson on      June 15, 2005

Motion/Pleadings: Motion to file out of time motion under 28 U.S.C. Section 2255

Filed by Defendant      on 6/6/2005      Doc.#   156

RESPONSES:

                                      on                    Doc.#

                                      on                    Doc.#

_____ Stipulated      _____ Joint Pldg.

_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                      s/Jerry Marbut

LC (1 OR 2)                  Deputy Clerk: Jerry Marbut

## ***ORDER***

*Upon consideration of the foregoing, it is ORDERED this* ___15th___ *day of* ___June___, *2005, that:*

*(a) The relief requested is DENIED.*

*(b)* The district court lacks jurisdiction to consider the timeliness of a § 2255 petition until it is actually filed. *See Green v. United States*, 260 F.3d 78, 82 (2nd Cir. 2001); *United States v. Leon*, 203 F.3d 162, 163 (2nd Cir. 2000); *United States v. McFarland*, 125 Fed.Appx. 573, 2005 WL 768731 (5th Cir. 2005); *Reed v. United States*, 13 Fed. Appx. 311, 2001 WL 700811 (6th Cir. 2001).

                                                  /s/ *Roger Vinson*

                                                  ***ROGER VINSON***
*Senior United States District Judge*